COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# MEMORANDUM ORDER

Appellate case name:  E.C.R. v. Department of Family and Protective Services

Appellate case number:  01-11-00791-CV

Trial court case number:        1004599J

Trial court: 314th District Court of Harris County


      This Court ORDERS that the Clerk of the Court withdraw the mandate issued on August 2, 2012.

      It is so ORDERED.


Judge's signature: <u>Rebeca Huddle</u>
                         Acting individually


Date: <u>October 31, 2012</u>